## Martin Will.

Argued November 16, 1961. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and ALPERN, JJ.

*Robert Ruppin,* for appellant.

*Carl G. Herr,* with him *Merrill L. Hassel,* and *Peter K. Honaman,* for appellee.

OPINION PER CURIAM, April 17, 1962:
Decree affirmed. Costs on estate.